UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE:                               CASE NO.   04-40228-BKC-AJC
WILLIAM A FIORENTINO

CHAPTER 13

NOTICE OF DEPOSIT OF FUNDS WITH THE
U.S. BANKRUPTCY COURT CLERK

NOTICE IS HEREBY GIVEN THAT:

(XX) The trustee has a balance of $    3.87   remaining in her bank account which represents unpresented checks drawn and mailed to debtor(s)/ creditor(s) in the above named case. Your trustee has made a good faith effort to verify the correct mailing address for said debtor(s)/Creditor(s) and deliver the funds before presenting this notice. More than sufficient time has passed for these checks to be presented for payment, or the creditor has returned funds indicating they refuse the funds.

( )  The trustee has a balance of $    .00   remaining in her bank account which represents small dividends as defined by FRBP 3010.

Attached and made a part of this notice is a list, pursuant to FRBP 3011, of the names, Claim numbers and addresses of the debtor(s)/creditor(s) and the amounts to which they are entitled.

WHEREFORE, your trustee hereby gives notice that the above stated sum has been deposited with the Clerk of the U. S. Bankruptcy Court, Southern District of Florida, to effect closing of this estate.

Date: _____4/15/10_____

NANCY N. HERKERT
CHAPTER 13 TRUSTEE

Copies to:

WILLIAM A FIORENTINO
1228 WEST AVENUE
# 1114
MIAMI BEACH, FL 33139

MICHAEL J BROOKS, ESQUIRE
UNION PLANTERS BANK BLDG
10 NW LE JEUNE RD, SUITE 620
MIAMI, FL 33126-5431

IRVING SHAGAR, DDS
407 LINCOLN RD., 11G
MIAMI BEACH, FL 33139-3027

U.S. Trustee
51 S. W. 1st Avenue
Miami, Florida 33130

```
                    UNITED STATES BANKRUPTCY COURT
                     SOUTHERN DISTRICT OF FLORIDA


IN RE:                              CASE NO.   04-40228-BKC-AJC
WILLIAM A FIORENTINO


                                    CHAPTER 13


    WILLIAM A FIORENTINO

    1228 WEST AVENUE
    # 1114
    MIAMI BEACH, FL 33139

    MICHAEL J BROOKS, ESQUIRE
    UNION PLANTERS BANK BLDG
    10 NW LE JEUNE RD, SUITE 620
    MIAMI, FL 33126-5431

    IRVING SHAGAR, DDS           ---------$            3.87
    407 LINCOLN RD., 11G
    MIAMI BEACH, FL 33139-3027
                                      UNDELIVERABLE/STALE
                                      CLAIM REGISTER# 2

    U.S. Trustee
    51 S.W. 1st Avenue
    Miami, Florida 33130
```